UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. GERRITY, | Case No. 2:23-cv-03359-JFW-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF SANTA BARBARA, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Defendant's motion to dismiss (ECF 13) is GRANTED with prejudice, Plaintiff's motion for summary judgment (ECF 15; ECF 29) is DENIED, and Plaintiff's request to add defendants (ECF 35) is DENIED.

DATED:    July 18, 2024

_____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE